# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

MAGNATE, LLC,

      Plaintiff,

against

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

      Defendant.

Case Number: 5:23-cv-00070

## COMPLAINT

Plaintiff, MAGNATE, LLC, by its attorney, Bradley G. Pollack, complaining against the defendant, respectfully alleges:

## NATURE OF THE ACTION

This action is for money and property damages of MAGNATE, LLC, a Virginia Limited Liability Corporation, as a result of negligence by the defendant, its agents, servants, and/or employees.

## JURISDICTION AND VENUE

Jurisdiction is founded on 28 U.S.C. 1346. Plaintiff was denied its Federal Tort Claim Act (FTCA) claim and this action is being taken within 6 months of FTCA denial. Venue is proper due to actions taken by the defendant in the Western District of Virginia.

## CLAIM BY PLAINTIFF

1. Magnate's properly filed FTCA claim for damages (Exhibit A) was denied by Defendant (Exhibit B), and both are incorporated herein.

2. Magnate's FTCA claim arose from an unwarranted, unauthorized, and fraudulent Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) response action turning Magnate's once valuable property into a Superfund/Brownfield site.

3. This claim is based solely on the fraudulent signage posted over twenty times on Magnate's building in violation of 18 U.S. Code § 1001, causing untolled damages and irreparable harm– $10,000,000 worth.

4. Magnate's damages are ongoing in the form of a claimed $1,200,000 EPA lien filed on February 8, 2023 (Exhibit C), and fraudulent postings on the property, in violation of both Virginia Code § 18.2-340.37 and 18 U.S. Code § 1001, causing most prospective purchasers and/or tenants to refuse to have anything to do with the property.

5. Violation of federal statutes is the first exemption to the discretionary function exception.

## ATTORNEY FEES

Magnate has had to secure counsel in order to make this filing. Attorney's fees are continuing damages to Magnate.

## CONCLUSION

Magnate, the defendant, having suffered the damages stated above, demands judgment in the amount of $10,000,000 along with legal fees, the removal of the $1,200,000 lien, and permission to remove all fraudulent postings on Magnate's property.

        Respectfully submitted,

        MAGNATE LLC
        By counsel

<u>Bradley G. Pollack</u>
Bradley G. Pollack
Attorney at Law
Virginia State Bar No. 25290
440 North Main Street
Woodstock, VA 22664
bpollack@shentel.net
540-459-8600
540-459-8670 (fax)